# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**

Jun 12 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COVER SHEET

**Instructions:** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**    **CASE NUMBER:**  3:24-cr-00329 CRB

**USA V.**   RUTHIA HE, A/K/A RUJIA HE, and DAVID BRODY        **CR**

| | | |
|---|---|---|
| **Is This Case Under Seal?** | Yes ✔ No | |
| **Total Number of Defendants:** | 1    2-7 ✔ | 8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes    No ✔ | |
| **Venue (Per Crim. L.R. 18-1):** | SF ✔ OAK    SJ | |
| **Is this a potential high-cost case?** | Yes    No ✔ | |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes    No ✔ | |
| **Is this a RICO Act gang case?** | Yes    No ✔ | |

**Assigned AUSA (Lead Attorney):**  Kristina Green / Katherine Lloyd-Lovett  **Date Submitted:** 6/12/2024

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM        SAVE PDF