AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
                                   ☐ SUPERSEDING

## OFFENSE CHARGED

21 U.S.C. § 846 – Conspiracy to Distribute Controlled Substances (Count One); 21 U.S.C. § 841(a) and 18 U.S.C. § 2 – Distribution of Controlled Substances and Aiding and Abetting (Counts Two through Five); 18 U.S.C. § 1349 – Conspiracy to Commit Health Care Fraud (Count Six); 18 U.S.C. § 1512(k) – Conspiracy to Obstruct Justice (Count Seven)

PENALTY:   See attachment.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

---

Name of District Court, and/or Judge/Magistrate Location
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

DEFENDANT - U.S

▶ DAVID BRODY

DISTRICT COURT NUMBER

3:24-cr-00329 CRB

**FILED**

Jun 12 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

---

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    MATTHEW M. YELOVICH

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    K. Lloyd-Lovett/K. Green

---

## DEFENDANT

### IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

### IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction               ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

_____

Has detainer been filed?   ☐ Yes   ☐ No    If "Yes" give date filed _____

**DATE OF ARREST** ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

---

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____    Before Judge: _____

Comments:

# ATTACHMENT: MAXIMUM PENALTIES

Count One: Conspiracy to Distribute Controlled Substances (21 U.S.C. § 846):
Twenty years' imprisonment
$1,000,000 fine
Three years' to lifetime supervised release
Mandatory special assessment of $100
Restitution
Forfeiture

Counts Two through Five: Distribution of Controlled Substances (21 U.S.C. 841(a) and (b)(1)(C), 18 U.S.C. § 2):
Twenty years' imprisonment
$1,000,000 fine
Three years' to lifetime supervised release
Mandatory special assessment of $100
Restitution
Forfeiture

Count Six: Conspiracy to Commit Health Care Fraud (18 U.S.C. § 1349):
Ten years' imprisonment
$250,000 fine
Three years of supervised release
Mandatory special assessment of $100
Restitution
Forfeiture

Count Seven: Conspiracy to Obstruct Justice (18 U.S.C. § 1512(k)):
Twenty years' imprisonment
$250,000 fine
Three years of supervised release
Mandatory special assessment of $100