MATTHEW M. YELOVICH (CABN 351330)
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

MATTHEW M. YELOVICH (CABN 351330)
Acting Chief, Criminal Division

KRISTINA GREEN (NYBN 5226204)
KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6912
    FAX: (415) 436-7027
    Kristina.Green@usdoj.gov
    Katherine.lloyd-lovett@usdoj.gov

Attorneys for United States of America

FILED

Jun 12 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:24-cr-00329 CRB |
| Plaintiff, | MOTION TO SEAL DOCUMENTS |
| v. | |
| RUTHIA HE, A/K/A RUJIA HE, and DAVID BRODY, | **UNDER SEAL** |
| Defendants. | |

    The United States hereby moves the Court for an Order sealing this Motion, the concurrently-filed Indictment, the Arrest Warrants, the Sealing Order, and all other related documents in the above-captioned case until further Order of the Court. The United States further moves the Court to Order that each of the aforementioned documents remain sealed until execution of the arrest warrants.

    The reason for this request is that disclosure of the existence of the Indictment or Arrest Warrants could compromise the safety of law enforcement agents in the execution of the Arrest Warrants. In addition, the requested sealing is reasonably necessary to protect against the potential destruction of evidence and to prevent the possible flight of the defendants.

The United States also requests that, notwithstanding any sealing order, the Clerk of Court be required to give copies of the sealed documents to employees of the United States Attorney's Office and/or Special Agents of the Drug Enforcement Administration and Homeland Security Investigations. In addition, the United States requests that the United States Attorney's Office be permitted to serve working copies on federally-deputized state and local law enforcement officers, and other government and contract personnel acting under the supervision of such investigative or law enforcement officers, to effectuate the Court's Orders.

DATED: June 12, 2024

Respectfully submitted,

MATTHEW M. YELOVICH
Attorney for the United States
Acting under Authority Conferred
by 28 U.S.C. § 515

_____/s/_____
KRISTINA GREEN
KATHERINE M. LLOYD-LOVETT
Assistant United States Attorneys