HICKEY & CHUNG, LLP
Naomi Chung (SBN 283743)
Brendan Hickey (SBN 261794)
  chung@defender.law
  hickey@defender.law
Pier 9, Suite 100
San Francisco, CA  94111
T: (415) 942-9000
F: (415) 484-7054

TAMARA CREPET LAW
Tamara A. Crepet (SBN 277408)
Pier 9, Suite 100
San Francisco, CA 94111
T: (415) 517-3496

Attorneys for Defendant
DAVID BRODY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID BRODY,<br><br>Defendant. | Case No. 24-CR-329-CRB-2<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD AND [PROPOSED] ORDER**<br><br>Hearing: May 28, 2025<br>Judge: Hon. Charles R. Breyer |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Naomi Chung and Brendan Hickey from the law firm Hickey & Chung, LLP, and Tamara Crepet, will move the Court, for an order permitting them to withdraw as counsel of record for Defendant Dr. Brody in this matter pursuant to Criminal Local Rule 44-2(b).

MOT TO WITHDRAW AS COUNSEL; [PROPOSED] ORDER
*Brody*, 24-cr-329-CRB-2

1

Irreconcilable differences have arisen between undersigned counsel and Dr. Brody necessitating the withdrawal of counsel from this case. Counsel have good cause to make this motion, and circumstances have arisen that prevent them from continuing to represent Dr. Brody, and that permit them to withdraw in accordance with Local Rule 44-2(b) and California Rule of Professional Conduct 1.16(b). Counsel have advised Dr. Brody that they will seek leave to withdraw from this case.

This motion is based upon the above, and any facts and arguments presented at the *ex parte* under seal hearing on May 28, 2025.

Pursuant to Local Rule 44-2(b), undersigned counsel has served a copy of this motion on all counsel via ECF and on Dr. Brody via email.

Respectfully submitted,

Dated:   May 19, 2025

HICKEY & CHUNG LLP
TAMARA CREPET LAW

By:      _____/s/_____
Naomi Chung
Brendan Hickey
Tamara Crepet

Attorneys for Defendant
DAVID BRODY

# [PROPOSED] ORDER

Based upon the facts set forth in this motion, IT ITS HEREBY ORDERED that Naomi Chung and Brendan Hickey of Hickey & Chung, LLP, and Tamara Crepet be permitted to withdraw as attorneys of record from the instant case.

DATED: _____

_____
HON. CHARLES R. BREYER
United States District Judge

MOT TO WITHDRAW AS COUNSEL; [PROPOSED] ORDER
*Brody*, 24-cr-329-CRB-2

3