**JURY QUESTIONNAIRE**

The parties propose the following questions to add to the Court's standard questionnaire:

*Defendant He has marked with an asterisk the questions she believes are critical and, if there are space limitations, Defendant He asks that these questions be included.*

**HISTORICAL QUESTIONS**

1. Do you own your home, rent or live with family or friends?*

   Own             Rent             Live with Family/Friends

2. Have you ever served as a member of a trial jury in state or federal court?

   Yes             No

   If so, what was the general nature of the matter?
   Criminal                    Civil

   Was a verdict reached?
   Yes             No

3. Do you or someone close to you have any education or employment in the following?*
   **[CHECK THE BOXES AS THEY APPLY AND EXPLAIN BELOW]**

   |  | Self | Other | None |
   |---|---|---|---|
   | Psychology/Social Work | | | |
   | Psychiatry | | | |
   | Diagnosis or treatment of mental health conditions | | | |
   | Diagnosis or treatment of ADHD | | | |
   | Medicine/Health care | | | |
   | Computer science/ IT/Engineering | | | |
   | Compliance/Regulatory oversight | | | |
   | Insurance | | | |

    Pharmacology/Pharmacy

Please Explain:_____

_____
_____
_____
_____
_____

4. Have you ever been an officer or director of a corporation, including a nonprofit?*
     Yes        No

   If yes, please explain, including title, duties, when and for how long:
   _____
   _____

5. Have you, a family member, or a close friend ever started your/their own business?
   Yes        No

   If yes, please explain, including nature of business:
   _____
   _____

6. Have you ever worked for, or invested in, a start-up or any kind of tech company?*
     Yes        No

   If yes, please explain, including: which company, when, for how long, and if employment, your title, and duties and responsibilities, and if investment, the nature of your investment.
   _____
   _____

2

7. Have you, a family member, or a close friend ever had a negative experience with a medical professional?

    Yes          No

    If yes, please explain.

    _____
    _____
    _____

8. Have you or someone close to you ever filed a lawsuit, or a complaint with any professional, state or federal agency, about a licensed medical professional or a licensed mental health practitioner?

    Yes          No

    If yes, please explain.

    _____
    _____
    _____

**ADHD EXPERIENCE**

9. Have you or someone close to you ever received counseling, therapy or been evaluated by a mental health practitioner for any reason?*

      Yes, self     Yes, someone close     Yes, both       No

    If yes, please explain, including who, when, for how long, and the outcome:

    _____
    _____

    If yes, was your/their experience positive, negative or neutral?

     Positive     Neutral   Negative

    If negative, please explain, including what happened and the source of the problem:

    _____
    _____
    _____

10. Have you or someone close to you ever been misdiagnosed by a licensed medical professional or a licensed mental health practitioner?*

3

    Yes, self    Yes, someone close    Yes, both    No

If yes, please explain, including the parties involved, when it occurred, the nature of the misdiagnosis, problems caused by the misdiagnosis and the outcome.

_____

_____

_____

11. Have you read any books, magazines, articles (whether online or in print) or viewed any interviews, lectures or commentary about ADHD or ADHD medication (including Adderall, Ritalin, Focalin, Concerta, or Vyvanse )?*

    Yes    No

If yes, please explain.

_____

_____

12. Have you or someone close to you ever been diagnosed with ADHD or seen a licensed mental health practitioner about symptoms commonly associated with ADHD?*

    Yes    No

If yes, please explain, including who, when, the diagnosis if any, treatment regimen, medications prescribed, and your/their satisfaction with the care you/they received.

_____

_____

_____

**MEDICATION HISTORY (PRESCRIPTIONS)**

13. Have you or someone close to you ever been prescribed ADHD medication (including Adderall, Ritalin, Focalin, Concerta, or Vyvanse)?*

    Yes, self    Yes, someone close    Yes, both    No

If yes, please explain, including which drug, who, when, for how long, its effectiveness and any problems you/they had with the medication.

_____

14. Have you or someone close to you ever abused, misused, or developed an addiction to prescription medication (including ADHD medication, such as Adderall, Ritalin, Focalin, Concerta, or Vyvanse)?*

   ___ Yes, self   ___ Yes, someone close   ___ Yes, both   ___ No

   If yes, please explain.

   _____
   _____
   _____

15. Have you formed any opinions about ADHD or ADHD medication (including Adderall, Ritalin, Focalin, Concerta, or Vyvanse)?*

   ___ Yes   ___ No

   If yes, please describe those opinions.

   _____
   _____
   _____

**PERSONAL OPINIONS**

16. Have you formed any opinions about any of the following:*
    - Psychology/Social Work
    - Psychiatry
    - Diagnosis or treatment of mental health conditions
    - Telehealth or Digital Health (mobile apps, etc.)
    - Medicine/Heath care in the United States

Yes        No

If yes, please describe those opinions.

_____
_____
_____
_____
_____

17. Have you formed any opinions about any of the following:*
    - Corporate executives
    - women who are entrepreneurs or executives
    - young people who are entrepreneurs or executives
    - Chinese nationals living and working in the United States
    - Medical professionals

    ☐ Yes            ☐ No

    If yes, please describe those opinions.

    _____
    _____
    _____
    _____
    _____

18. Do you have any strong feelings about the government regulating controlled substances or prescription drugs in this country – positive or negative?

    If yes, would that experience hinder your ability to be impartial in a case that involved allegations against a medical professional?

19. This case was investigated by the Drug Enforcement Administration (DEA), the Department of Health and Human Services Office of the Inspector General (HHS-OIG),

the Internal Revenue Service (IRS), and the Department of Homeland Security – Homeland Security Investigations (HSI). To the best of your knowledge, have you, or any member of your family, or any of your close friends, had any experiences, positive or negative, with these agencies? If so, please explain.

If "yes," would you be able to put those feelings and experiences aside and render a verdict based on the evidence before you?

20. Do you have any strongly held beliefs—religious or otherwise—to the United States government making laws that regulate controlled substances and prescription drugs?

21. If a physician or medical professional testifies, would their occupation make you more or less likely to believe their testimony?

22. Do you have any strongly-held beliefs, religious or otherwise, pertaining to Medicare, Medicaid, or government-provided health insurance, or beneficiaries of such programs?

The following questions are requested by one party and disputed by the other:

1. If you were the defendant on trial in this case, would you want someone on your jury who thinks about these issues the way you do?*  **[requested by Defendant He]**

   Yes          No

   If not, please explain.

   _____
   _____
   _____