# Government's
# Trial Exhibit No. 61

Messages - +14693281140 & +12148372651 & +19142675847 & +14157896364

469- Maxine
214-Susan?
914- Iman
415- Shannon

a Text message
7/1/20, 1:56 PM

+14157896364

Hi colleagues! This is Shannon from Done. I pulled together as many phone numbers I could find for all of you. We have Maxine, Harman, Nwamaka, Iman and myself on this group text. Feel free to add other Done providers if you have their number.

+14693281140

Hey guys ! I believe you all are the only ones I really talk to lol

+14157896364

I thought it might be nice for us to talk privately about the refill policy. I requested a phone call with Less about the policy yesterday. The call actually went fairly well, he was much more open to understanding the issues and my concerns than my previous interactions with Ruthia. Basically, I let him know that although there are some instances when automatic refills can be appropriate I'm not comfortable with a blanket policy and need to know that I will be supported in using my own clinical judgment.

+14157896364

The second issue that I tried to explain to him is the issue of compensation for our work. Apparently Dr Tsang has been paid hourly and didn't know that the rest of us are paid based 100% on our productivity. Now that he knows this he understands why we don't want to take a billable follow up visit and change it into a refill visit that we don't get paid for... same amount of work but not paid... no thank you.

+12148372651

Lol

+14693281140

Yes - I've talk to Les last week and till this day he is confused on everything - Ruthia throws his name around but honestly he is like "look i just got here and still lost "

+12148372651

Interesting

+12148372651

Why did he send that funny email to the patient though

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT NO. 0061**

CASE NO.: 3:24-cr-00329-CRB

DATE ENTERED________

BY________________
DEPUTY CLERK

+14693281140

Like myself, he was more connected to ANH..Anh told Ruthia NOT TO DO THIS NEW SYSTEM but she did it anyway . I have already personally told them that i will NOT be doing the refill system and need to see my patients on my schedule. The problem is that it is only US and not all the providers that are voicing our concerns

+12148372651

I'm doing it

+14693281140

Yes what he wrote in the chart was very inappropriate. It wasn't sent to the patient but i feel like he may have wrote that to cover his ass for writing a script for someone he has never seen

+12148372651

Wellbutrin and Strattera I can refill if they have been on them for a while
Nothing else

+12148372651

"Not doing it"

+14693281140

he said that he only joined the company to work part time but Ruthia "gave him an undeniable deal" or however he said it to become the medical director- he said he never wanted all these new responsibilities

+12148372651

Very inappropriate

+12148372651

Lol

+14693281140

I think Ruthia just forgot the point of the company which is connect patients to providers NOT to become the #1 clinic in the world lol

+12148372651

She's confused

+14693281140

Shannon what are your suggestions- i know you made the thread

7/1/20, 4:37 PM

+14157896364

I think there are some cases, when a patient has established a therapeutic relationship and developed trust, and they have been stable for many months on the same medication and same dose, that eventually I'll be comfortable allowing the patient to have a refill between visits so they don't have to be seen as often. I've only worked for Done for two months, so I told Les that NONE of my patients meet that criteria yet because I haven't known them long enough. I also told him there are certain patients who will never meet that criteria because they have higher risk factors and must be monitored monthly. I expressed my concern that there would be a policy that would make patients believe they are entitled to refills without appointments... that is a dangerous and inappropriate precedent to set. It must be left to the clinicians judgment.

+14157896364

The problem is, however, that once I have patients that meet that criteria and are eligible to receive a refill, how is my time compensated without billing for a follow up visit? I still need to do my due diligence to communicate with the patient, verify and write the Rx, and document a note in the EHR... all the things we already do for a follow up visit that is paid for, but now they would like us to do this for free. I'd like for them to come up with a compensation. I suggested maybe half the rate of a normal follow up visit... do you think that's fair?

+14157896364

Nevertheless, it still must be up to the provider to decide which patients are stable enough to be offered a refill, and which ones must be seen every month... and if a provider decides they won't ever offer refills, that must be respected as well.

+19142675847

Let's tell her we want what our contract states. No pay cut on follow ups. Hire more people or increase the subscription rate period

+19142675847

That was introductory

+19142675847

No one is seeing patients for 60

+14157896364

That's true Iman. Our contract also states they are not authorized to tell us how/when to prescribe for our patients. This is from our contract:

+14157896364

Company shall neither have nor exercise any control or discretion over the methods by which the Practitioner shall practice medicine, or provide ancillary services. The rendition of all professional services, including, but not limited to, diagnosis, treatment, and the prescription or administration of medicine and drugs, and the supervision and preparation of medical records and reports, shall be the sole responsibility of the Practitioner.

+14157896364

Emphasized "No one is seeing patients for 60"

+12148372651

I agree

+14157896364

Maxine, what is Nwamaka referring to about the "funny email," what did Les write in a patients chart that was inappropriate? Did I miss something?

+14157896364

Harman, what's your take on all this?

Hi just at work- will reply back in a bit

I don't think Ruthia should be making clinical decisions

Also what email @ Les? I missed this. What it did say

+14693281140

So one patient that they sent me to do a refill request in which I said I will no longer be doing them they sent the patient to him and he refilled the medication without seeing the patient and wrote in the chart that no patient should have to go through this or something like that

+14693281140

I'm going by my contract unless another contract is being drafted. I really wish Anh was still part of this because there are so many unnecessary issues right now. And if you read your contract it states what exactly this company is and now she's turning it into something totally different and if that is the case new contract will need to be signed

+14693281140

Sorry for any grammatical mistakes I am voice typing

I agree. I think if we all collectively are united on this issue and present it to Ruthia we can make it work

+19142675847

Yes

+14693281140

Yes agreed

+14693281140

But we have to be a united front

+12148372651

Loved "But we have to be a united front "

+12148372651

That's the only way.

+19142675847

Agreed

+19142675847

Let's just write a group email.

+19142675847

Who is missing from this group

+12148372651

Ole girl from Florida lol

+12148372651

The moderator of the xoom meeting lol

+12148372651

Zoom

+19142675847

Talk a bot ?

+19142675847

Lol sorry Jamaican saying

+19142675847

Na she also s yes person

+19142675847

But the other lady seemed assertive at least.b

+12148372651

Exactly

+19142675847

But we can just do it

+19142675847

On second thought

I'm in!

7/2/20, 7:21 PM

+12148372651

Personally I'm not interested in refilling stimulants without seeing the patient. I don't really care how much they pay, I'm just not comfortable period. My supervising won't even sign those prescriptions anyway. The most I can do is refill non stimulants like Strattera and Wellbutrin but they have to be stable and on the same dose for at least 3 months.

+19142675847

Yes not doing it.

+14693281140

Liked "Personally I'm not interested in refilling stimulants without seeing the patient. I don't really care how much they pay, I'm just not comfortable period. My supervising won't even sign those prescriptions anyway. The most I can do is refill non stimulants like Strattera and Wellbutrin but they have to be stable and on the same dose for at least 3 months. "

+14693281140

Liked "Yes not doing it. "

7/6/20, 9:21 AM

Hey guys!

Not sent