# Government's
# Trial Exhibit No. 72

7/14/20, 8:25 PM

+14693281140

Yes it is. I haven't personally seen it in action but I too receive them.

+14693281140

+1 (415) 706-4509

+14693281140

Dr Les

I also receive refill requests but not like that- just a table of patient names and the medication plus the last follow up date

7/23/20, 7:48 PM

Have you guys dealt with a patient that just really got under your skin?

+14693281140

OMG TODAY!!!

+14693281140

messed up my entire mood

+14693281140

Some pts  believe think that just because they pay the 200$ fee that WE have to give them a stimulant! Ughhhh ...I blame marketing tho

100% marketing fault and also goes to show a good portion of people are expecting stimulants

+12148372651

Liked "Some pts  believe think that just because they pay the 200$ fee that WE have to give them a stimulant! Ughhhh ...I blame marketing tho"

I had a patient at my other practice I've seen only 2x over course of 6 months- she's a transfer of care from other np who left
And I was 7 min late and this pt just made me feel so inadequate as a provider

+12148372651

Just wow

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL EXHIBIT NO. 0072

CASE NO.: 3:24-cr-00329-CRB

DATE ENTERED_________

BY___________________
DEPUTY CLERK

DONE-DOJ-0007106698

+14693281140

Emphasized "100% marketing fault and also goes to show a good portion of people are expecting stimulants "

+14157896364

"Have you guys dealt with a patient that just really got under your skin?" Is this a serious question? Haven't we pretty much all chosen a career where we work exclusively with patients that get under our skin, and everyone else's for that matter!?!? LOL. Yes, I have PLENTY of entitled patients. How dare you make a patient wait for 7 minutes!? Thanks for making me laugh.

+14693281140

Wow ! These patients swear we are slaves

I should have elaborated my question

My patient had a very disproportionate response to me being late, and began to act hostile towards me where it felt personal
I've had plenty of patients who have been pissed off when I'm late and it's been ok, but this one ... man it actually made me cry after the session

+14157896364

OMG. That's awful! I was just kidding, I hope you know that. I just thought your question was funny because it's SO TRUE!!!

+12148372651

Oh no!!!!!!

No problem! You are right it's so common place in psychiatry

+12148372651

This sucks!!!!!

Liked "OMG. That's awful! I was just kidding, I hope you know that. I just thought your question was funny because it's SO TRUE!!!"

+14157896364

Yes, usually it doesn't get to me because it happens so often, but you're right... every once in a while they just really get under your skin.

Yeah this one started to say we have no rapport and that I'm "tone deaf" and not understanding why she's angry despite me reassuring and acknowledging her feelings

+14157896364

For me, the ones that get to me the worst are my somatization disorder patients. I can't stand it when they aren't willing to consider any psychological basis for their problems... yet keep coming to me for "help" so they can ignore any of my attempts at exploring their issues. Ugh. Sorry.

Yeah! That can be exhausting and dismissive for sure

+14157896364

and I've never treated so many narcissistic patients since moving the the Bay Area either... it's so prolific here!!! Sounds like your patient had some narcissistic traits. So exhausting. 🙄

Haha!

Well I looked through her intake- and it was straight forward adhd stable on 1 medication
No history of trauma abandonment interpersonal relationship issues

So I was really caught off guard

+14157896364

Wow. So this wasn't a Done patient? Do you get more than 10 minutes to treat these patients in your other practice?

+14157896364

Sounds like WAY too much to manage in a 15 minute med check appointment!

Yeah this is not done
my follow ups at this clinic are 30, minutes

+14157896364

Oh good.

+14157896364

BTW, I reached out to Les to express my concern about the Refill policy and also ask how our time is compensated when those patients aren't placed on our schedules yet we are expected to spend our time refilling and documenting their refills between appointments. He said they came up with a strategy to pay $5 per refill that we process. Is this insane or what!?

+14157896364

FIVE DOLLARS!!!!!??????

+14157896364

My strategy has been to respond to each refill request by sending in no more than a two week supply of the medication and asking the patient to be added to my schedule within two weeks.

+14693281140

Laughed at "BTW, I reached out to Les to express my concern about the Refill policy and also ask how our time is compensated when those patients aren't placed on our schedules yet we are expected to spend our time refilling and documenting their refills between appointments. He said they came up with a strategy to pay $5 per refill that we process. Is this insane or what!?"

+12148372651

Very interesting

+14693281140

I don't do them

+14157896364

idk Maxine, you sure you want to miss out on that potential income? Five dollars each???

+14157896364



+14693281140

Nawwww put my patient on my schedule ! 😂

+14157896364

Loved "Nawwww put my patient on my schedule ! 😂"

+14157896364

I agree. Once again, it's a marketing problem. Done advertising makes patients believe they are entitled to refills without appointments once they become a "member", but I've been explaining to my patients that I can only do automatic refills for patients who are taking medications OTHER THAN stimulants. Certainly they have the option of switching to Straterra if they don't want to deal with monthly appointments... but they are usually quick to say "No Thank You" to that and therefore agree to see me once/month for their Rx.

Exactly and they are paying a monthly subscription fee anyway!

That's a good idea- so do temporary refill until the follow up appointment
I was figuring out what to do about this

Maxine how do you line up the refills with the follow ups then?

+14693281140

Liked "I agree. Once again, it's a marketing problem. Done advertising makes patients believe they are entitled to refills without appointments once they become a "member", but I've been explaining to my patients that I can only do automatic refills for patients who are taking medications OTHER THAN stimulants. Certainly they have the option of switching to Straterra if they don't want to deal with monthly appointments... but they are usually quick to say "No Thank You" to that and therefore agree to see me once/month for their Rx."

+14693281140

What do mean?

+12148372651

That's just crazy. That's doing extra work for 5 bucks. With those temp refills, you still have to do the leg work...... checking prescription hx etc. what makes the most sense is to put the patient on the schedule

+12148372651

Refilling those meds take as much time as seeing the patient

+14693281140

Liked "That's just crazy. That's doing extra work for 5 bucks. With those temp refills, you still have to do the leg work...... checking prescription hx etc.  what makes the most sense is to put the patient on the schedule "

+14693281140

That part!

+12148372651

Shannon, I couldn't agree more. That like of thinking we are obligated to refill meds monthly is downright dangerous. If that doesn't attract an audit from the DEA, I don't know what does. And guess who will be audited? The providers!!

+12148372651

Not Done

+12148372651

Because they are just a billing service

Liked "That's just crazy. That's doing extra work for 5 bucks. With those temp refills, you still have to do the leg work...... checking prescription hx etc. what makes the most sense is to put the patient on the schedule "

+14157896364

Emphasized "Shannon, I couldn't agree more. That like of thinking we are obligated to refill meds monthly is downright dangerous. If that doesn't attract an audit from the DEA, I don't know what does. And guess who will be audited? The providers!! "

+14157896364

So true. They need to change their marketing. The way it looks now is that they either offer illegal refills of controlled substances or have false advertising. Neither is good and it's begging for a DEA audit!!!

+12148372651

My thoughts exactly

7/27/20, 4:28 PM

How are we being compensated for the refills and extra admin time with emails?

7/28/20, 3:31 PM

+14157896364

Les said he asked Ruthia to consider compensation for admin time based on the number of patients in our caseload, but apparently she shot him down. At this point we get no compensation for emails or other admin work, and only $5 per refill we submit (which he said will be a new line item on our next paycheck at the end of this month.)

+12148372651

Can't say I'm surprised lol

7/28/20, 5:02 PM



7/28/20, 6:29 PM

this is going to make it frustrating for patients