# Government's
# Trial Exhibit No. 77

8/1/20, 4:01 PM

Hi guys how are you handling refills? Are you just seeing all your patients monthly then?

I'm so pissed I'm doing SO much admin work I get about 20 emails a day with patient questions and requests

8/1/20, 6:20 PM

+14693281140

You see Dori email?

+14693281140

I'm still confused 😂

8/1/20, 7:49 PM

+12148372651

What email

+14157896364

Just read it. Did you get it Nwamaka? They are saying if we send 14 Refills we will get paid an extra hour of pay. 14 per hour? That's insane. I'd much prefer to just have the patient added to my schedule and see 4 patients an hour. They are clueless about the amount of time our admin takes AND the liability involved when we send blind refills on C2 medications!

+12148372651

Wow!!!

+12148372651

We as providers have the power to make that happen

+12148372651

It's difficult fighting it alone

+12148372651

I have bluntly refused to do it

+14157896364

Who is Lynnezy? Anyone know her? Maybe we should reach out to her as well. Did you see her message?

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT NO. 0077**

CASE NO.: 3:24-cr-00329-CRB

DATE ENTERED________

BY__________________
DEPUTY CLERK

+12148372651

So they just add the patients to my schedule

+12148372651

I saw the change

+12148372651

Have no idea who she is

+12148372651

and the response from Ruthia seems like it was already handled

+12148372651

We should all refuse to do it

+12148372651

That's the only way it will work

+12148372651

"Message"

+14157896364

I think Ruthia responded to her right away because she didn't want any of us to agree with her, and start a revolt.

+14693281140

lol this is funny

+12148372651

Yep

+14693281140

because it makes me feel like my old job where they made it a competition or something. Like training a dog or something— if you do good ill give you a treat lol

+14693281140

that is the exact reason why i left my old job

+14157896364

Ha! so true.