# Government's Trial Exhibit No. 80

8/4/20, 1:54 PM

+14157896364

I think I'm going to flat out refuse any further refills as well. This is getting ridiculous. Done clearly only cares about profit and not patient care... they are literally trying to get my patients to cancel their appointments with me and request a refill instead. Total BS, not to mention illegal.

+12148372651

Loved "I think I'm going to flat out refuse any further refills as well. This is getting ridiculous. Done clearly only cares about profit and not patient care... they are literally trying to get my patients to cancel their appointments with me and request a refill instead. Total BS, not to mention illegal. "

+12148372651

I just will not do it

+12148372651

No one should be getting a refill on controlled without seeing the patient. PERIODT!!!!

+19142675847

Yes tell each patient you don't it on every appointment

+12148372651

Loved "Yes tell each patient you don't it on every appointment "

+12148372651

That's exactly what I do

+12148372651

It's for their protection and ours

+14157896364

The company is practicing medicine when they send messages to patients telling them they can have a refill... without checking with the provider to see if it's appropriate. Totally not ok.

+12148372651

I had a patient I sent in their prescription on July 4th. He received on July 7th. Meanwhile pharmacy reported he received it on July 17th. Now he has to wait until August 16th to receive his refills

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT NO. 0080**

CASE NO.: 3:24-cr-00329-CRB

DATE ENTERED________

BY__________________
DEPUTY CLERK

+19142675847

All she has to to is hire more people it is very simple

+14157896364

One of my patients today is married to a physician and told me about the message Done sent, then asked "isn't that illegal?"

+14157896364

They are just asking for a DEA investigation. I want nothing to do with it.

+12148372651

Exactly!!!!!

+12148372651

This is just a recipe for disaster

+12148372651

The goal is to stay under the radar

+12148372651

Not ok!!!

It blows my mind
1. Ok yeah we get it founders are not in healthcare then maybe consult all the competent providers done has?
But not only that she's not even open to changing how it works

I've consulted my supervisor at other practice who has over 30 years of experience - he thinks it's unheard of
My husband is a psychiatrist he's just always shaking his head in disbelief

So I stand by you guys! and don't think what we are requesting is unreasonable

+14157896364

My husband is a physician as well, thinks it's insane. I've been justifying my work for Done saying that MY practice standards remain high even if theirs aren't... but when Done sends clinical messages to my patients then it's a reflection on me and my practice. They crossed a line.

+14693281140

Emphasized "I think I'm going to flat out refuse any further refills as well. This is getting ridiculous. Done clearly only cares about profit and not patient care... they are literally trying to get my patients to cancel their appointments with me and request a refill instead. Total BS, not to mention illegal. "

+14693281140

WAIT WHATTTTTT

+14693281140

THERE WAS A MESSAGE SENT OUT?

+14693281140

All of my patient knows that I will not do any refills for a C2 period.

+14157896364

I'm still waiting for Done to fess up to it, but I had three of my patients told me about it so far.

+14693281140

So thats why my patient this morning was like "i saw YOUR request to do a refill video — very interesting" I was like huh—noooo ignore it .. if you just need a refill you can pop into doxy and use the CHAT option to tell me all is good

+14157896364

I don't know how many patients got it... but it was clearly a message intended to encourage them to cancel their appointments and request an online refill instead. I'm so furious.

+14693281140

Ha ...done knows that if they send me that —just like PAs it will go unseen — thats crazy

+14693281140

I noticed that my appts decreased but I figured it was because im no longer seeing patients in NY

+12148372651

This is just crazy

+12148372651

See the response from Dori

+12148372651

They are not getting it

+12148372651

This bull about prioritizing medical necessities just blows my mind. These are C2s being prescribed with very limited interactions. These are not regular meds

+19142675847

Ladies let's preserve our energy on this. They are ignorant and they will learn. Tell every patient on every visit and don't do it by any means.

+12148372651

Loved "Ladies let's preserve our energy on this. They are ignorant and they will learn. Tell every patient on every visit and don't do it by any means. "

+12148372651

I agree. The problem is if others are doing it, then the ones that refuse get a lot of pushbacks.

+14693281140

i just messaged her and dori

+14693281140

I sending this message in a side chat via the ongoing dispute about C2 refills- Ruthia i urge you to reconsider this whole refill request on C2s - i personally (although i did help with the video) need to see all of my patients monthly. Since working here i have already had 2 hospitalizations due to trying the refill request. I have never had a patient on a stimulant hospitalized in my entire career. Please find another way because no one does this and there are providers who are extremely uncomfortable with this. Providers are the driving force of this company and we all carry our own personal liability and insurance not DONE. If anything happens to these patients we (the provider) will be punished by law not the company. Every state is different so there is no way to put us all under one umbrella. I'm sure we can all find a way to keep patient cost low while keep our license safe. There is no brick and mortar, no bills, no collaborators, majority of the team are NPs (cheap!
er than MD to pay), we utilize interns-- compared to other clinics Ruthia you are doing great via savings. You have done so well in such a short period of time. Please- you hear the cries of YOUR providers- find some type of middle ground.

+14693281140

Yes what Iman said, just tell your patients that you do not do them but some other providers use it - if they want to continue with you a 5 min pop in shouldn't be a problem

+12148372651

Thank you for sending that

+12148372651

Loved "I sending this message in a side chat via the ongoing dispute about C2 refills- Ruthia i urge you to reconsider this whole refill request on C2s - i personally (although i did help with the video) need to see all of my patients monthly. Since working here i have already had 2 hospitalizations due to trying the refill request. I have never had a patient on a stimulant hospitalized in my entire career. Please find another way because no one does this and there are providers who are extremely uncomfortable with this. Providers are the driving force of this company and we all carry our own personal liability and insurance not DONE. If anything happens to these patients we (the provider) will be punished by law not the company. Every state is different so there is no way to put us all under one umbrella. I'm sure we can all find a way to keep patient cost low while keep our license safe. There is no brick and mortar, no bills, no collaborators, majority of the team are NPs (cheap!
er than MD to pay), we utilize interns-- compared to other clinics Ruthia you are doing great via savings. You have done so well in such a short period of time. Please- you hear the cries of YOUR providers- find some type of middle ground."

+12148372651

They need to realize the goal is to stay under the radar

+12148372651

Due to Covid, this is all legal but we don't want to push it

+12148372651

The psychiatrists on that team are not helping matters

+12148372651

They really need to be more vocal

+19142675847

Thank you maxine

+14693281140

Les already said he just wanted to work not be over anyone

+14693281140

Im going to do a zoom with Dori — half these ppl just came in last month and dont even know whats going on

+14157896364

Emphasized "Ladies let's preserve our energy on this. They are ignorant and they will learn. Tell every patient on every visit and don't do it by any means. "

+14157896364

Thank you for the message you sent Maxine. It is spot on. I hope they listen to you. Let us know how the Zoom call goes.

Liked "My husband is a physician as well, thinks it's insane. I've been justifying my work for Done saying that MY practice standards remain high even if theirs aren't... but when Done sends clinical messages to my patients then it's a reflection on me and my practice. They crossed a line. "

To be honest I've been doing refills for patients i know are stable but it's when they are emailing me directly and we are having an ongoing dialogue about it- and when my earliest availability is months out. I will start opening up more hours to accommodate the refill appointments - Maxine I like your idea of chats on doxy I'm just trying to figure out the best way

I hate it too when they cover it up with "patients first" BS they are making this platform like "HIMS" and it absolutely won't work long term

Liked "I sending this message in a side chat via the ongoing dispute about C2 refills- Ruthia i urge you to reconsider this whole refill request on C2s - i personally (although i did help with the video) need to see all of my patients monthly. Since working here i have already had 2 hospitalizations due to trying the refill request. I have never had a patient on a stimulant hospitalized in my entire career. Please find another way because no one does this and there are providers who are extremely uncomfortable with this. Providers are the driving force of this company and we all carry our own personal liability and insurance not DONE. If anything happens to these patients we (the provider) will be punished by law not the company. Every state is different so there is no way to put us all under one umbrella. I'm sure we can all find a way to keep patient cost low while keep our license safe. There is no brick and mortar, no bills, no collaborators, majority of the team are NPs (cheap!
er than MD to pay), we utilize interns-- compared to other clinics Ruthia you are doing great via savings. You have done so well in such a short period of time. Please- you hear the cries of YOUR providers- find some type of middle ground."

Hi Maxine! Thank you for sending that message
What happened to your patient :/

+12148372651

If the patients come through doxy, I always tell the care group to add them to my schedule

8/5/20, 3:47 PM

+14693281140

Ruthia lo "Want to add in here that we did a good job on being a lean startup but please also remember that the patients don't come out of nowhere. We put in a lot of marketing budget to make sure you and other providers can get enough patient load and get paid well. We're one of the top paid telehealth platforms on the market right now. Please do acknowledge the efforts from the whole team to work day and night to achieve this for you all." — response to my message

+14693281140

my response back "Of course I acknowledge the hard work put in on your side AND the provider side. The patients come because of the tech side but they stay because of the experience with the provider. It is all a team. One side will not work without the other. I personally work over time to answer emails. I even worked during my vacation when i should have spent the time taking care of my first niece when my sister had a baby but because i chose this life of helping others then i have to accept what comes with it. Again it is a TEAM EFFORT!"

+14693281140

Just never worked for a place that made me feel that I should be "thankful" to have patients — like thats what the company was built for — to connect patients to providers— like when creating this company budgeting for marketing had to been at the top of the list right???

Wow , that's not right

Unfortunately it seems like the values of this company have nothing to do with quality accessible mental health care. They are trying to get as many new intakes as possible through unethical marketing. She's going to sell the company to the highest bidder, I don't see her doing this long term (just my personal opinion)
And it really irks me because the reputation of the company and all the great reviews and word of mouth referrals are BECAUSE of the AMAZING providers working for done.

We are honestly the backbone and solely responsible for the success of Done so far.