# Government's
# Trial Exhibit No. 83

+12148372651

Loved "Mehhhh like Iman said ...lets keep our energy ...just don't indulge in anything that will jeopardize your license "

8/7/20, 1:09 PM

+14157896364

Sooo.... after Dori and Ruthia emphatically insisted they had NOT sent any messages encouraging patients to request refills online, I had one of my patients forward a copy of the text message to me. He was sent a message from Done immediately after our appointment last month which stated "Hey Jacob, you can request a refill on our portal next time if the medication is stable." I asked my next few patients and they all had received the same text message. Yesterday I sent a copy of the message to Ruthia and Dori asking for an explanation and requesting they STOP sending this message to my patients. Total radio silence from them.

+14157896364

I'm now telling every patient I see that, despite any messages they may receive from Done, they will need to schedule appointments with me for refills... NOT request them through the app.

+14693281140

Wow ! Why are they so shady like this

+14693281140

Like that scares me !

They will be raising red flags for sure

+14157896364

Exactly! It's one thing to send it in the first place, but at least admit to it! What's with the cover up???

And also- just being completely inflexible with our suggestion. Like it can work and make money too- like it BLOWS my mind.
That's literally the foundation of an outpatient practice- follow ups and management of care

Maybe there's a reason why majority of telepsych platforms do not prescribe stimulants

Sorry I said "like" multiple times 😅

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT NO. 0083**

CASE NO.: 3:24-cr-00329-CRB

DATE ENTERED_________

BY_________________
DEPUTY CLERK

DONE-DOJ-0007106717

+14157896364

Yes, they need to accept that their business model is messed up... I get why if they are only charging $60/mo membership they don't want to pay for those patients to have appointments with us every month... but the solution is to charge more! I sent them the information in another Telehealth platform, Ahead, who is targeting our same population, but they charge $160 per medication management appointment... that makes so much more sense!!! No one charges $60 for a follow up, it's insane, and will never make money unless we blindly send refills without follow up appointments until the DEA shuts us down. No thank you!

+19142675847

We are going to have to stop talking new patients at some point

+19142675847

Again we need more providers

+19142675847

I asked her directly and she said they needs to see how many more hours they can budget

+19142675847

What is the reason for not hiring more people?

+19142675847

It's no sweat off your back because they are just getting a cut

+19142675847

There is a deeper meaning I do believe it will get sold.

+14693281140

Yeah where DONE messed up is the whole "membership" thing — what psych clinic hell any clinic has a "membership" for medication membership

I interviewed at Ahead, they have a more sustainable model. They are not entirely telepsych , their goal is to be a concierge outpatient clinic for high functioning demographic so they actually practice in person mostly (they wanted me to come into clinic at least 3 days out of the week) and telepsych is an option for patients who prefer
Besides the NPs there were bewildered by the fact that adhd assessment was taking place under 25 minutes

+14693281140

2. is when they try to control our schedules by allowing patients to schedule — again NO ONE does this for a reason

+14693281140

patients can miss an appt an be like "oh well" then schedule again - or put themselves on the schedule several times in the month at no cost to them

Liked "There is a deeper meaning I do believe it will get sold. "

+12148372651

Loved "I'm now telling every patient I see that, despite any messages they may receive from Done, they will need to schedule appointments with me for refills... NOT request them through the app. "

+14693281140

Yeah interviewed with AHEAD too and they only deal with ADHD

I agree- It's a startup by non health care providers. Their goal is to raise their value as much as possible in the shortest amount of time and sell it.

+14157896364

The only way Done makes money off us is when we see new intakes. When we see follow up appointments they are only getting paid $60 but paying us $50, so it's not enough profit for them... they want to fill our schedules with new intakes and charge $200 but pay us $100, that's how they make money. They just got their "membership" wrong because they thought we wouldn't see our patients every month. Crazy.

+14693281140

DONE will lose money through this membership that is basically medication refill - there is no real membership —

+14693281140

Liked "I agree- It's a startup by non health care providers. Their goal is to raise their value as much as possible in the shortest amount of time and sell it. "

"2. is when they try to control our schedules by allowing patients to schedule — again NO ONE does this for a reason"

- Did you see their response to this issue? "We are streamlining care so that's why you can't have control of your calendar" it was bullshit it's insulting when they respond with vague buzz words