# Government's
# Trial Exhibit No. 88

Messages - +14693281140 & +12148372651 & +19142675847 & +14157896364

8/11/20, 8:50 AM

Have u guys ever had 16-17 year old patients at Done?

+12148372651

Nope

+12148372651

I will not see them

+14693281140

Lol not at DONE

Same! I got my first scheduled today, def cancelling

+12148372651

How did the system allow them to get through?

That's what I'm thinking!

8/12/20, 9:16 AM

+14693281140

Good Morning guys

+14693281140

Have you all noticed any providers "covering" for you when a patient misses an appointment or you dont do the refill?

+14693281140

I have had to get on the team 3 times now because I noticed Dr.Les sending off my patients medication without even notifying me .

+12148372651

I had one too. He sent one of my patients meds here in Texas

+19142675847

No

+14693281140

how can he even do that

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT NO. 0088**

CASE NO.: 3:24-cr-00329-CRB

DATE ENTERED_________

BY________________
DEPUTY CLERK

DONE-DOJ-0007106720

+14693281140

I told him and the team - that it will not be tolerated and to not write that he is "covering" for me without me even knowing

+14157896364

This happened one time to me. He wrote some stupid note in the chart that said "clearly it's not it the best interest of our patient or our practice for patients to be without their medication..." or some other BS similar to that, and he sent a refill to the patient without even talking to them. Crazy part is, when I talked to my patient the next day she was having problems and we needed to change the medication anyway! What a stupid way to practice medicine. Done needs to remember that they are NOT in the practice of medicine... they are only the software platform we use and they cannot make clinical decisions, including sending our patients to other providers for refills when our clinical judgement says they need an appointment!

+14693281140

Yes he sends that same thing each time -I told them if it happens again i will no longer see that patient - if something happens to the patient i will not be liable because you gave a blind refill

+14693281140




+14693281140

Can you all believe this

+12148372651

😂

+12148372651

They make me feel so uncomfortable

+12148372651

I swear I had a patient that made me feel we are being monitored

+12148372651

I had this strange feeling

+19142675847

Wth!!

+12148372651

He said he didn't have much symptoms and could manage any he might have

+12148372651

But wanted to know if any one could just get the medicine

+14693281140

OMG I LITERALLY JUST HAD THAT SAME TYPE OF PATIENT

+14693281140

she didn't have no issues at all basically - she was super short and was like yeah so I can't focus when I'm reading but I had a diagnosis when I was younger

+14693281140

I told her that she didn't reach the diagnosis and it sounds like it's environmental and she should change her environment she was like yeah yeah you are right 🫤

+12148372651

Exactly my response to him too

+14157896364

OMG Maxine, I cant believe Les told you to "stop messaging me." Your concerns are totally legit, and he's supposed to be our "Medical Director"!?!? WTF. That is SO unprofessional and sketchy!

+14157896364

I haven't had any of those weird patients you are describing, but I totally wouldn't be surprised if we have spies signing up to monitor us! So freaky. And all the more reason to practice super conservative and not offer refills etc...

+12148372651

Yep

Liked "This happened one time to me. He wrote some stupid note in the chart that said "clearly it's not it the best interest of our patient or our practice for patients to be without their medication..." or some other BS similar to that, and he sent a refill to the patient without even talking to them. Crazy part is, when I talked to my patient the next day she was having problems and we needed to change the medication anyway! What a stupid way to practice medicine. Done needs to remember that they are NOT in the practice of medicine... they are only the software platform we use and they cannot make clinical decisions, including sending our patients to other providers for refills when our clinical judgement says they need an appointment!"

The "spies" you think are being sent my the admin at Done?
I once had a patient who's email was @donefirst.com and I asked him about it and he said "oh it's just an extra email I generated for signing up on websites"

Also that's incredibly unprofessional holy shit. @what dr Les said

And he denied working for Done

+12148372651

Just wow

+14693281140

Yea I spoke to Ruthia and she was actually trying to take up for him at first - i was like NO this is unprofessional- why would i ever reach out to my "medical director" for help when i was shut down like this

+12148372651

He is really the cause of all this crap. He is not acting like a provider

+14157896364

I agree. He seems more like a puppet. They just want someone with an "MD" after their name to call "medical director" and legitimize all their dumb-ass money making schemes. It hurts us all, including the company, they just can't see it.

I also think it makes them look more credible for investors when they have a "medical director" and multiple founding partners

I think Nikie should be in a management role lol 😂 she's awesome!!!!

+12148372651

Loved "I think Nikie should be in a management role lol 😂 she's awesome!!!! "

+12148372651

I agree

+12148372651

Certainly has the temperament

+14693281140

Yes and because he worked at kaiser for 10 years she makes him out to be a "big deal

+14693281140

yes i love Nikie

He probably got fired from kaiser

Kaiser psychiatry has a rather unfavorable reputation :)

+14693281140

Ha! Welp he fits the "unfavorable" part for sure

+14693281140

I've never been so disrespected by a colleague in my life

8/12/20, 6:40 PM

Goes to show his standards. He seems shady too honestly.

What you messaged him was not even out of line

What he did is illegal it can cause issues with his medical license

+14693281140

Trust me I know ! It's sad