# Government's
# Trial Exhibit No. 95

Messages - +14693281140 & +12148372651 & +19142675847 & +14157896364

+19142675847




+12148372651

Should show the provider

+19142675847

Ok no new chart but sounds like someone told her she can get whatever she wants

+19142675847

Like from the care team

+19142675847

I wrote to ruthia is someone giving them that impression

+19142675847

Because you can have your little money back miss

+12148372651

Omg!!!!

+19142675847

She is very sickly dm, had an abnormal EKG on at least 10 medical meds

+12148372651

Is she in NY?

+19142675847

So of course I am like I need clearence for everything

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT NO. 0095**

CASE NO.: 3:24-cr-00329-CRB

DATE ENTERED__________

BY____________________
DEPUTY CLERK

DONE-DOJ-0007106740

+19142675847

Yes

+12148372651

And why do we have to be the ones to reach out to pcp

+12148372651

Emphasized "She is very sickly dm, had an abnormal EKG on at least 10 medical meds "

+12148372651

Wow

+19142675847

Oh I am not

+12148372651

Will not be getting shit from me

+12148372651

Oh hell no!!!

+19142675847

I told them to collect a release and she had to have him contact me

+19142675847

I told ruthia give this borderline her money back

+12148372651

Loved "I told them to collect a release and she had to have him contact me "

+12148372651

Exactly

+19142675847

She the type to report you and drag your name through the mud

+19142675847

And guess what these patients look up our business to do it

+19142675847

Next CALLER 😂😂

+19142675847

I think it's funny would you like a refund? 😂

+12148372651

This is crazy!!!!

+12148372651

Are you working today?

+12148372651

Lol

+12148372651

I love it

+19142675847

Yes I work Sundays

+12148372651

Don't need your little change

+12148372651

Oh ok

+19142675847

Right like I thought she saw someone else and they said no and they thought I was going to say yes

+19142675847

I told them I am highly uncomfortable I am not seeing her

+12148372651

That's typically what they think

+19142675847

Hope all is well happy Sunday!!

+12148372651

Same to you dear. Don't let that heifer stress you out

+14693281140

Lawd yes girl that's what all the patients think. Someone is telling them that it's easy ...girl I'm glad you caught that red flag

+14693281140

She look like the type that has nothing else to do but bring you down ! Let her do that to DONE not your name

+12148372651

Word!!!

Liked "I told ruthia give this borderline her money back "

Liked "She look like the type that has nothing else to do but bring you down ! Let her do that to DONE not your name "

+14693281140

She's not going to give her money back. She will give her to another provider LOL

+14693281140


[redacted]

[redacted] Recent Refill Request

See More

Hello Brad,

Sorry for the confusion but I do not do refill request. I encourage my patients to put themselves on the schedule after every appointment. Unfortunately I am unable to place you on my calendar myself. You will have to contact our support team. Refills are every 30days. Please contact support@donefirst.com to get help with finding a spot on my calendar as soon as possible so that we can do a quick follow up and get your medication refilled.

Regards,

STAY BLESSED

Need An Appointment?

This electronic message is confidential and is