# Government's
# Trial Exhibit No. 100

+12148372651

Wawuuuuuuuuu

8/26/20, 3:46 PM

+14693281140




+14693281140

Dori has one more timeeee to question me before I lose it !

+12148372651

Wawuuuuuuuuuu. This is war!!!!!!!

Shocking

I haven't noticed her questioning other providers like that?

+12148372651

She is something!!!!! I have a one on one with her tomorrow. Did you all have one with her?

I said I'm away which I am and I have no desire to speak to her

+12148372651

Loved "I said I'm away which I am and I have no desire to speak to her"

+12148372651

She might not like our conversation tomorrow

+12148372651

She thinks she has the right to question or clinical judgement

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT NO. 0100**

CASE NO.: 3:24-cr-00329-CRB

DATE ENTERED________

BY__________________
DEPUTY CLERK

DONE-DOJ-0007106751

+12148372651

Maxine, what is her deal? She thinks you scheduled too many patients?

+14693281140

omg im so heated

+14693281140

I ran out of time with all the back to back patients - one had 297237923402mental and medical cormorbidities, and the other the same issue— also when i start a new antidepressant I always see my patients in 3 weeks for a check in — thats how ive always practiced and never been questioned in my life.

+12148372651

That's good practice

"Can you provide rationale for scheduling patients on high frequency"?

What the F!

That's not her scope of practice that's not her role.

+14693281140

"Ruthia, in all my years of practicing I have never been so humiliated by so many of your staff members.
First Dr. Les now Dori questioning me and how I practice. Is this the treatment that DONE gives to their providers who has been pushing to make this company one of best there is because this was not the case a few months ago. I am ashamed that a staff member even has the right to question a doctor on how they practice.
I asked to schedule my patients myself. You all took that right to do so away and told me to tell you when I need a patient scheduled. When I do that, Im questioned on why i need to see a patient?
This is not only very disrespectful but it breaks HIPPA laws. Dori you are a chief of staff, information about patients and their medical management is beyond your scope.

In the future, Nikita please follow thru with my request. If there are any issues please talk to me directly. "

+12148372651

What does she mean by high frequency

+14693281140

Just emailed ruthia, dori and nikki in the same message

+14693281140

Exactly !!!

Good one Maxine.

+14693281140

Im over it man— Dori and Dr. Les is not allowed to speak to me again— PERIODT

+12148372651

Loved ""Ruthia, in all my years of practicing I have never been so humiliated by so many of your staff members.
First Dr. Les now Dori questioning me and how I practice. Is this the treatment that DONE gives to their providers who has been pushing to make this company one of best there is because this was not the case a few months ago. I am ashamed that a staff member even has the right to question a doctor on how they practice.
I asked to schedule my patients myself. You all took that right to do so away and told me to tell you when I need a patient scheduled. When I do that, Im questioned on why i need to see a patient?
This is not only very disrespectful but it breaks HIPPA laws. Dori you are a chief of staff, information about patients and their medical management is beyond your scope.

In the future, Nikita please follow thru with my request. If there are any issues please talk to me directly. ""

+14693281140

She cant even do her damn "chief of staff" position right - let alone asking me stupid questions

+12148372651

Can I just love your response a thousand times!! Yes!!!!!!

+12148372651

PERIODTTTTTT!!!!!

I always message Nikie too and she doesn't question it. Think she's a bit more qualified than Dori in my opinion- Nikie has a public health graduate background

Maxine you are the provider and only person we should have to "answer to" is our supervising providers. They have no role in ANY clinical aspect of our job

+12148372651

Very stupid questions!!!!

They- staff

+14693281140

Loved "I always message Nikie too and she doesn't question it. Think she's a bit more qualified than Dori in my opinion- Nikie has a public health graduate background

Maxine you are the provider and only person we should have to "answer to" is our supervising providers. They have no role in ANY clinical aspect of our job "

+12148372651

Loved "I always message Nikie too and she doesn't question it. Think she's a bit more qualified than Dori in my opinion- Nikie has a public health graduate background
Maxine you are the provider and only person we should have to "answer to" is our supervising providers. They have no role in ANY clinical aspect of our job "

+12148372651

This is beyond ridiculous

+14693281140

I told her go read my notes before asking me such a dumb question - and i emailed NIkki all the scheduling request and her finding nemo ass answered me

+12148372651

See why I hate working for people

Great advocacy for yourself! They know how much business you bring in and the great reviews by patients and they know what they will be losing if you leave or honestly any of you guys leave y'all are amazing!!

Liked "See why I hate working for people "

+12148372651

Oh they really think we work for them. Ok

They are so confused

All the time

About everything

+12148372651

Loved "Great advocacy for yourself! They know how much business you bring in and the great reviews by patients and they know what they will be losing if you leave or honestly any of you guys leave y'all are amazing!! "

None of the staff have clear roles

+14693281140

All of us are— we make up the entire team hell ! I have had so many staff members in all my clinics— i have NEVER BEEN questioned— not even by my supervisor like im so baffled

And it's getting tiring to experience resistance or pushback on literally ANY suggestion by a provider

Liked "All of us are— we make up the entire team hell ! I have had so many staff members in all my clinics— i have NEVER BEEN questioned — not even by my supervisor like im so baffled"

Yes - go team! I also appreciate I can vent openly in this group

+12148372651

Loved "All of us are— we make up the entire team hell ! I have had so many staff members in all my clinics— i have NEVER BEEN questioned — not even by my supervisor like im so baffled"

Anyway I wonder what she will reply! Lol

+12148372651

Loved "Yes - go team! I also appreciate I can vent openly in this group "

+12148372651

We have to stick together

+12148372651

We make Done

+14693281140

Yesssssss!!! So tiring - i use to love waking up and going to work because it didn't feel like work - now i lay in bed before work like ughhhhh what BS will i have to handle today. Like Ruthia made me quit my job to work for her full time - Harman you remember when i told you that. - now look

+14693281140

Best believe if I leave - all 500 of my patients will be coming with me- read your contracts- those are YOUR patients

+14693281140

Loved "We have to stick together "

+12148372651

Loved "Best believe if I leave - all 500 of my patients will be coming with me- read your contracts- those are YOUR patients"

+12148372651

Yes ma'am

+12148372651

They really do think we work for them!! Ha!

+14693281140

They better rewrite that contract because I feel like they may need reminding on what I signed. I'm sure it has been changed since mine but I still go by what the one i signed says.

+12148372651

Absolutely

+12148372651

I'm not signing any more contracts

+12148372651

They want us to take all the liability then turn around and tell us what to do

Liked "Best believe if I leave - all 500 of my patients will be coming with me- read your contracts- those are YOUR patients"

Yeah honestly both Ruthia and Anh were so open minded and kind in those initial interviews I had no idea what I got myself into lol

Liked "They want us to take all the liability then turn around and tell us what to do "

8/26/20, 5:54 PM

+14693281140



messaging and appts.

program which means we would experience a significant loss as our patients are not billed for each encounter.

I have gone ahead and added [illegible] to this conversation as our process has been when a patient is identified as potentially requiring a different level of care, he steps in and provides a clinical review of the information.

If your answer to my question is that it is medically necessary that is perfectly acceptable but it will require that Les reviews these cases from a clinical standpoint.

I hope that helps clear up some of the confusion. It is possible that maybe a chat-like communication is not always the most effective way to connect as it opens things up to unnecessary misunderstandings.

As I have mentioned previously, I'm always happy to connect if you have any questions or concerns.

Best
Dori

+14693281140



messaging and appts.

Hi [illegible],

I'm sorry to hear that my message was interpreted that way as that was not my intention. And, it seems that maybe my role here has not been made clear (and I don't blame you there as it hasn't), but I actually do have a level of compliance oversight and advise further accordingly. My 15 years of experience within the healthcare industry has afforded my ability to become very well versed in various laws and regulations including HIPAA as well as formerly being tested and certified. I used to work for the government agencies that enacted many of the regulations that impact the way medicine is practiced in the U.S. today. I'm unclear as to why you feel me asking the reasoning behind your scheduling frequency is a violation of HIPAA? I was not asking for clinical details, just a basic understanding of the why behind it.

My question was not intended to undermine your clinical approach. I was simply asking for more info as our business model is not designed or capable of sustaining patients that have a medical need to be seen on such a high frequency. As you know, we are not a fee-for-service model but rather a membership program which means we would experience a

This doesn't need to be escalated to that point of a "clinical review" by dr Les
Not understanding this- why can't another clinician do a review if needed?
From my understanding it seems like patients CANNOT be seen a few times a month? Bullshit

+14693281140

Lmao this company is a joke ....they are robbing patients of good patient care

+14693281140

They lie to patients ...on the website it says they can make multiple appts but now they can't ???

+14693281140

I think im going to ignore and say

"Message received. Nikki please follow through with my request. If it can't be followed through please transfer the patient to another provider . Ruthia if you would like to discuss this issue further I am more than happy to do so. Dr . Les has already told me "to stop messaging him" so I do not feel comfortable speaking to him. If I need my patients to be " escalated" I will speak to my current supervisor collaborator.

Have an awesome evening! "

+14693281140

I got them — per my contract..

+14693281140

3. Provision of Health Care Services . The parties hereto acknowledge that Company is not authorized or qualified to engage in any activity which may be construed or deemed to constitute the practice of nursing or any other medical or health care practice in any jurisdiction where Practitioner furnishes clinical services. Company shall not provide or otherwise engage in services or activities which constitute the practice of nursing as defined by the laws of [California] or any other jurisdiction where the Practitioner furnishes clinical services. Company shall neither have nor exercise any control or discretion over the methods by which the Practitioner shall practice nursing or provide ancillary services. The rendition of all professional services, including, but not limited to, diagnosis, treatment, and the prescription or administration of medicine and drugs, and the supervision and preparation of medical records and reports, shall be the sole responsibility of the Practitioner.

+14693281140

(a) Practitioner shall be solely and exclusively in control of all aspects of the practice of nursing and the provision of professional services to his or her patients.
(b) Practitioner shall at all times be solely responsible for supervising other personnel performing medical services under its orders or on its behalf. Company shall in no way determine or set the methods, standards or conduct of the practice of nursing or medical care at or by the Practitioner.

+14693281140

(c) All medical records, charts, and records pertaining to the Practitioner's active and/or inactive patients shall be and remain property of and shall be maintained by and under the control of the Practitioner; provided, however, that any such records may be stored by Company while separately identified as belonging to Practitioner, and provided further that after termination of this Agreement, Company shall be entitled to be provided with continuing access to such records and charts as needed to perform Company's duties and obligations under this Agreement, any other agreement to which Company and Practitioner are parties and as may be reasonably necessary for the defense of any judicial, administrative or disciplinary proceeding in which Company is a party, provided that such access does not violate any applicable law.

+12148372651

Question: so if one is no longer working got done, what happens to the notes in case of a judicial inquiry

Dori should revise the contract before responding to you like that

+14693281140

Exactly! She should have first looked at my notes to see why i did what i did before questioning me about how I practice

Besides - ideally don't patients have to sign a release of information or sign something stating they are okay with their medical information being read and analyzed by dr Les or any other provider

Liked "They lie to patients ...on the website it says they can make multiple appts but now they can't ??? "

Patients will catch on with the disorganization for sure

+12148372651

Their structure is just wrong on so many levels

+14693281140

That too- they didn't sign any consents that allows any and everyone in the company to have access to their records

+14693281140

Intellectual Property .