# Government's
# Trial Exhibit No. 113

Messages - +14693281140 & +12148372651 & +19142675847 &
+14157896364

+12148372651

Liked "Yeah he didn't send a prescription at all I just mean I sAw a new name that I wasn't introduced to "

9/11/20, 9:50 AM

+14157896364

Just got my first call from those "Cambridge" people! So glad you all warned me so I didn't waste my time! lol.

9/17/20, 11:14 AM

+14157896364

Maxine, It says on workplace that you left the group. Are you ok?

9/18/20, 9:11 AM

Guys, what do you think about the 24 hour deadline to process refills?

That's unreasonable.... considering we have other jobs

+12148372651

Very interesting

+14157896364

Totally unreasonable!!! I agree.

+14157896364

I signed up to talk with him today at 12:30. Anyone else planning to talk to Brody? Maxines impression was that he's a good advocate for us, but the email didn't come across that way. We'll see.

Surprised at email too. I'd like to talk to him but I have patients. Hopefully he can understand the 24 hour time frame is not doable

9/18/20, 4:02 PM

+14157896364

I should have known... Ruthia joined the call. 🙄 It wasn't very productive. I'm afraid he's going to be another yes-man for Ruthia rather than a clinician advocate.

+14157896364

Frankly, I'm just going to continue my practice as usual and let them fire me if they don't like it. I'm tired of fighting with them.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT NO. 0113**

CASE NO.: 3:24-cr-00329-CRB

DATE ENTERED________

BY________________
DEPUTY CLERK

DONE-DOJ-0007106776

+12148372651

Omg

+12148372651

How did the meeting go

+12148372651

What did they say

+12148372651

Maxine just lost someone..... probably why she is quiet

9/18/20, 5:57 PM

+14157896364

Oh, Maxine I'm so sorry. Take care.

+14157896364

The meeting was just more of the same... they always try to argue that their motive for asking us to switch to Q90 day appointments is all patient driven... that the patients are requesting this and they are all about serving patient needs. I don't buy it, I know my patients are FINE with our monthly check-in's, it's all about $$$, not about patient care.

+14157896364

Whatever. Let them fire me. I'll practice the way I'm going to practice (which includes NOT responding to their multiple emails on my days off!!!)

9/18/20, 7:05 PM

Yeah I do think having to respond to refill request within 24 hours is a bit too much

Even 48 hours is reasonable Geez!!

9/27/20, 8:10 PM

+12148372651

Hello everyone. Just so you know.....Done just terminated my contract with them because of my refusal to refill C2s without proper follow up. I thought I should make you guys aware. It was good working with you guys. More blessings to y'all.

9/27/20, 9:34 PM

What?! Sorry to hear that.... were you doing refills if the patients were on your schedule?

+12148372651

The patients' I received refill requests were not on my schedule. It wouldn't have mattered anyway because my supervising is very much against it and I'm not comfortable doing it

Liked "The patients' I received refill requests were not on my schedule. It wouldn't have mattered anyway because my supervising is very much against it and I'm not comfortable doing it "

It's been a pleasure working with you :) wish you all the best in your endeavors
It's sad to see this happen especially when clinicians are following standards of practice

9/28/20, 7:05 AM

+12148372651

Ditto!!!!!

9/28/20, 11:25 AM

+14157896364

I'm so sorry Nwamaka. You are right to follow your own clinical judgement and I'm sorry Done doesn't appreciate that your judgement is what makes you an excellent clinician and an asset to the company. It is so short sided of them. Best of luck to you. Please stay in touch.

+12148372651

Thank you so much