# Government's Trial Exhibit No. 255

+14693281140

Happy New Year! God is good and I'm so thankful he saved me from that place! I'm so happy at where I'm at now! That women is evil and all the crap she put us through!

+14157896364

No doubt! It such a relief to have an end in sight. I'm so happy to finally be moving on from the dysfunction of that company.

+14693281140

Loved "No doubt! It such a relief to have an end in sight. I'm so happy to finally be moving on from the dysfunction of that company. "

+12148372651

The best decision I made was leaving Done

+12148372651

Are all the psychiatrists gone?

+14693281140

BESTTTTTT DECISION ever!!! I never had a panic attack or anxiety until I started working for them

+14693281140

No amount of money is worth that

+12148372651

Loved "BESTTTTTT DECISION ever!!! I never had a panic attack or anxiety until I started working for them "

+14157896364

Emphasized "No amount of money is worth that"

+12148372651

You owe me a call young lady @Maxime lol

+14157896364

I know Maxine... I stayed too long because the money is good... but have started to feel like I'm selling my soul. NO amount of money is worth this!

+12148372651

The money ain't that good lol

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT NO. 0255**

CASE NO.: 3:24-cr-00329-CRB

DATE ENTERED__________

BY____________________
DEPUTY CLERK

DONE-DOJ-0007106781

+14157896364

It really isn't.

+14693281140

I doooooo !! I'll call you on my break '

+14157896364

There was a patient death last month. We all saw that coming, didn't we? A kid OD'd. The provider missed that he was being prescribed Suboxone from another provider and the mom called to ask why Done had prescribed Adderall to her son in a drug treatment program. The kid died. It's so sad. This model is not safe. I can't leave soon enough.

+14693281140

Yes Shannon that's how I felt ...like I was putting money as priority...

But OMGGGGGGGG that just hurt my heart!!!!

+14693281140

Please leave ASAP to avoid a lawsuit on your license!!!

+12148372651

Omg

+12148372651

Where did this happen

+14157896364

It was one of the California patients of a provider that worked for just a month. The kid had been seen by this other provider who prescribed the Adderall, then he was transferred to me after the provider left. He was on my schedule as a transfer patient but I hadn't seen him yet before he died. The mom called me through my private practice thinking I was his provider. That's how I found out about it. So heartbreaking.

+12148372651

Jesus!!!

+14157896364

Ruthia handled the incident in the cold blooded way you would expect... she had her lawyers draft a letter to the mother stating that Done can't confirm/deny or discuss treatment of this patient due to HIPAA privacy laws.

+12148372651

my God!!!!!

+19142675847

Omfg

+14693281140

Omg Ruthia about to be SUEDDDDD

+19142675847

A death???

+14693281140

I hope it doesn't fall back on you in anyway

+14693281140

Yeah girl

+19142675847

It won't as long as you didn't touch him

+14157896364

Iman!!! So nice to hear from you!

+14693281140

That's so scary

+14157896364

I never had anything to do with the patient.

+14157896364

But seriously scary and tragic.

+14693281140

I've never experienced a death.,.but I warned her it would happen if she continued to be greedy

That's the thing the money and that's all but every day I feel crappy and feels like a dispensary because it's just not up to standards of care

+14693281140

Tell her to take you off the website if you are still there ...I don't see this being a quiet thing especially in Cali

+14157896364

I agree Maxine. They've been using my picture to advertise. I've told them to remove all information about me from their site.

Yeah I had her take my picture off. She's just blind with greed honestly and doesn't seem patient centered at all. It's all fake

+14693281140

Yeah the money was good but I promise God had something better...I left and God gave me this job where it's a 65/35 split on each each ...so I'm making twice as much now and it's not a drug mill and I don't feel forced to do anything ...they really have my back !! You have to trust and have faith ....you can't serve God and Money

+14693281140

Has*

Loved "Yeah the money was good but I promise God had something better...I left and God gave me this job where it's a 65/35 split on each each ...so I'm making twice as much now and it's not a drug mill and I don't feel forced to do anything ...they really have my back !! You have to trust and have faith ....you can't serve God and Money "

+14693281140

Yeah they were using my videos even after I left ...I had to get my lawyer to send a cease and desist

+14157896364

I know Harman, and I agree, it feels like a dispensary.

I just feel bad for the patients too

I had one transfer patient who saw 4 providers before seeing me because they all left,
I mean this is a major red flag, in itself

+14157896364

Maxine, that's so cool! What a great opportunity. What a blessing.

+14693281140

She sent in that fake medical compliant so she could stop paying me ... smh ...she will do anything if it served her ... that's why ANH left two months in

+12148372651

Unbelievable

+12148372651

I'm sorry but that provider is in a lot of trouble

+12148372651

Ruthia will disown them in a heart beat

+14693281140

Yeah and Ruthia be sure to put it all on them

+14693281140

Emphasized "Ruthia will disown them in a heart beat "

I think that provider left too , it may have been the one who had a few sentences usually in his intake notes 😂

I just don't see a future for this company

+12148372651

It doesn't matter if he left or not

+12148372651

He is supposed to check pmpaware aware before prescribing controlled

+12148372651

The suboxone should have been there

+19142675847

Very true.

+14693281140

Shut the whole company down!!!

+12148372651

In any case, this is not a good look got Done. A provider worth their salt would not want to be associated with Done now. The kind of things being discussed about Done on social media!!!!! Not good

+14693281140

Where on social media

+14157896364

They are flooded with negative reviews lately.

+12148372651

Good ole FB

+12148372651

Oh Wawuuuuuuuuuu

Yup. And on google too they have horrible reviews - mostly related to contact & refills

I think they try to take those reviews down

+14157896364

Harman I just checked and your photo is still on the website. It's you, me and Les on there. Sad that all three of their advertised providers are leaving the company. I'll tell Les he needs to remind them to remove his photo also. I agree, I don't want my name associated with this company any longer.

+12148372651

What is Les" issue with the company

+12148372651

I thought he was treated well

+14157896364

No, with so many providers leaving they relied on Les to be the one to manage all of those patients before they could be reassigned to new providers. Even Les started to feel like the refill requests were too much, and that's saying something!

+14693281140

Do you think you all would have stayed if the patient didn't die?

+14157896364

No.

+12148372651

He is not serious!!!!! What the hell did he think was going to happen!!!!

+12148372651

That's bullshit

+12148372651

I am sorry

+14157896364

Les said the final straw was two weeks ago when Done upgraded to a new EHR a bunch of patients charts got lost in the migration, and Done asked him to still send refills blindly for these patients who he had never seen and didn't even have a patient chart at that point. Les said that was too much. (duh)

+12148372651

It was appalling watching all those psychiatrists subscribing and encouraging that bullshit refill

+12148372651

All because of money

+14157896364

He's been the go-to provider until even he couldn't justify it any longer.

+12148372651

I lost all respect for him after reading the notes on one of my patients I refused to prescribe stimulant. This chick clearly had a serious mood disorder. He assessed her and gave her vyvanse

+12148372651

With no mood stabilizer on board

+12148372651

All because the patient complained

+12148372651

Good riddance....

+14693281140

Where is Brody?

+14157896364

No doubt, he was swayed by the money. No doubt. I don't condone his prescribing practices at all... I'm just saying if even Les thinks they have gone too far... that's really saying something because the dude has some seriously low standards.

+12148372651

Oh I had a patient I had prescribed vyvanse for several months through Done. He moved to my practice and I found out this guy is schizophrenic and has been on pephenazine and lithium for years!!!!!