# Government's Trial Exhibit No. 260

+12148372651

My EMR caught it!!!!

+12148372651

Loved “No doubt, he was swayed by the money. No doubt. I don't condone his prescribing practices at all... I'm just saying if even Les thinks they have gone too far... that's really saying something because the dude has some seriously low standards. ”

+14157896364

Omg don't get me started on Brody. What a trip. The guy was seriously stoned at our virtual Christmas party. He compared Done providers to Santa Clause, "making it as easy to get a prescription as dropping gifts down a chimney. " I kid you not!

+12148372651

What!!!!

+14157896364

Lol. No joke. I can't believe he said that.

+14157896364

And there were investors on the call. It was insane.

+12148372651

Unreal

+14157896364

This company is such a joke. It would be hilarious... except there are real patients who are at risk because of it.

+14693281140

Laughed at “Omg don't get me started on Brody. What a trip. The guy was seriously stoned at our virtual Christmas party. He compared Done providers to Santa Clause, "making it as easy to get a prescription as dropping gifts down a chimney. " I kid you not!”

+14693281140

Wow Brody smh

+12148372651

SMH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT NO. 0260**

CASE NO.: 3:24-cr-00329-CRB

DATE ENTERED__________

BY____________________
DEPUTY CLERK