UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Jury Trial Minutes

Date:   September 30, 2025                    Judge:  Honorable Charles R. Breyer

Court Reporter:  Ruth Levine Ekhaus
Time: 5 Hours and 40 Minutes
Case No.: CR24-0329-1, 2  CRB
Case Name:  USA v. Ruthia He (Present)(Custody), David Brody (Present)

Attorney(s) for Government:  Kristina Green, Jacob Foster, Emily Gurkis, Arun Bodapati
Attorney(s) for Defendant(s):  Koren Bell, Michael S. Schachter, Steven J. Ballew, Valery Nechay
Interpreter: Barbara Hua Robinson, Michael Zhu (Mandarin)

Deputy Clerk: Lashanda Scott

PROCEEDINGS

Further jury trial held. Further trial set for October 1, 2025 at 9:15 a.m.
Motion to Preclude Hearing Held - Christopher James Steskal sworn-in.

Government Witnesses Sworn: Richard Menesini

Government Exhibits Marked and Admitted: 219, 230, 249, 254, 281, 283, 286, 297, 302, 304, 306, 325, 335, 343, 349, 364, 373, 393, 432, 433, 888, 908, 910, 915, 924, 952, 1337, 1492, 1824

Government Exhibits Marked: 248 (pending redactions the exhibit will be admitted), 256

Defense Exhibits Marked and Admitted: 6035, 6037, 6038, 6048, 6049, 6050, 6129, 6130, 6131, 6247, 6338

Defense Exhibits Marked: 9008, 9009