UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Jury Trial Minutes

Date:   October 1, 2025                              Judge:  Honorable Charles R. Breyer

Court Reporter:  Ruth Levine Ekhaus
Time: 3 Hours and 9 Minutes
Case No.: CR24-0329-1, 2 CRB
Case Name:  USA v. Ruthia He (Present)(Custody), David Brody (Present)

Attorney(s) for Government:  Kristina Green, Jacob Foster, Emily Gurkis, Arun Bodapati
Attorney(s) for Defendant(s):  Koren Bell, Michael S. Schachter, Steven J. Ballew, Valery Nechay
Interpreter: Barbara Hua Robinson, Michael Zhu (Mandarin)

Deputy Clerk: Lashanda Scott

PROCEEDINGS

Further jury trial held. Defense (He) Cross-examination of witness Richard Menesini. Defense (Brody) cross-examination of witness Richard Menesini. Further jury trial set for October 6, 2025 at 9:15 a.m.  Jury Note Number 1.

Government Exhibits Marked and Admitted: 118

Defense Exhibits Marked and Admitted: 5000, 5203, 6053, 6077, 6087, 6088, 6090, 6091, 6109, 6115, 6127, 6239, 6347, 6348, 6349, 6350, 6351, 6354, 6355, 6356

Defense Exhibits Marked: 490, 5189, 5476