UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RUTHIA HE, et al.,<br><br>    Defendants. | Case No.  25-mc-80330-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Breyer for consideration of whether the case is related to *United States v. Brody*, 24-cr-329-CRB.

**IT IS SO ORDERED.**

Dated: October 24, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge