# Trial Exhibit 5260

**Document Produced Natively**