UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Jury Trial Minutes

Date:   November 17, 2025                                Judge:  Honorable Charles R. Breyer

Court Reporter:  Ruth Levin Ekhaus
Time: Deliberations began at 9:15 a.m.
Case No.: CR24-0329-1, 2  CRB
Case Name:  USA v. Ruthia He (Present)(Custody), David Brody (Present)

Attorney(s) for Government:  Kristina Green, Jacob Foster, Emily Gurkis, Arun Bodapati
Attorney(s) for Defendant(s):  Koren Bell, Michael S. Schachter, Steven J. Ballew, Valery Nechay
Interpreter: Barbara Hua Robinson (Mandarin)

Deputy Clerk: Lashanda Scott

PROCEEDINGS

Jury trial held.  Jurors continue deliberations.  Further Jury trial set for November 18, 2025 at 9:15 a.m.