# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Jury Trial Minutes

Date: November 18, 2025  Judge: Honorable Charles R. Breyer

Court Reporter: Ruth Levine Ekhaus
Time: 21 Minutes
Case No.: CR24-0329-1, 2  CRB
Case Name: USA v. Ruthia He (Present)(Custody), David Brody (Present)

Attorney(s) for Government: Kristina Green, Jacob Foster, Emily Gurkis, Arun Bodapati
Attorney(s) for Defendant(s): Koren Bell, Michael S. Schachter, Steven J. Ballew, Valery Nechay
Interpreter: Barbara Hua Robinson, Jeff Dinn  (Mandarin)

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Jury trial held. Jurors continued deliberations. Jury Note 3. The jurors reached a verdict. Defendant, Ruthia He found guilty on counts 1 through 7. Defendant, David Brody found guilty on counts 1 through 7. The jurors reached a unanimous verdict. Sentencing hearing set for February 25, 2026 at 10:00 a.m.

The Court modified Pretrial Conditions: The defendant placed on Pretrial Supervision. The defendant shall participate in Location Monitoring as directed by Pretrial Services and shall be monitored by Location monitoring technology at the discretion of Pretrial Services. Location monitoring shall be utilized to verify his compliance while on the program. The defendant is restricted to his residence as directed by Pretrial Services. The defendant shall pay all costs of the program. Defendant shall surrender his passport.

The Court directed Mr. Brody to report to Pretrial Services immediately after court to have the location monitoring device connected.