CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

DAVID COUNTRYMAN (CABN 226995)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7303
FAX: (415) 436-234
david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUTHIA HE, A/K/A RUJIA HE,<br><br>Defendant. | **CASE NO. 24-CR-0329 CRB**<br><br>UNITED STATES' APPLICATION AND [~~PROPOSED~~] ORDER TO UNSEAL |

The United States, through undersigned counsel, respectfully moves this Court to unseal the following:

1. Order on Government's Administrative Motion to Seal Ex Parte Application for Postconviction Restraining Order and Application to Return Property to Jurisdiction / Repatriate Property and Order (Dkt. 677);

2. Order to Return Property to Jurisdiction/Repatriate Property (Dkt. 678);

3. Restraining Order (Dkt. 679);

4. United States' Opposition to Motion for Unsealing and Amendment (Dkt. 688)

5. Order for Sealing Government's Ex Parte Application for Postconviction Restraining Order (Dkt. 689); and

6. Restraining Order (Mindful Sunshine) (Dkt 690).

The United States also requests that the Court authorize the government to file on the public docket redacted copies of the following documents:

1. Ex Parte Application for Post Conviction Restraining Order, submitted on July 30, 2026;

2. Ex Parte Application to Return Property to Jurisdiction/Repatriate Property, submitted on July 30, 2026;

3. Administrative Motion to Seal Government's Ex Parte Application for Postconviction Restraining Order, submitted on August 12, 2026; and

4. Ex Parte Application for Post Conviction Restraining Order submitted on August 12, 2026.

The United States further requests that the Court authorize the government to serve on defendants in this case and third parties Done Global, Inc. and Mindful Mental Wellness P.A unredacted copies of the documents listed above including the following documents:

1. Ex Parte Application for Post Conviction Restraining Order, submitted on July 30, 2026;

2. Ex Parte Application to Return Property to Jurisdiction/Repatriate Property, submitted on July 30, 2026; and

3. Ex Parte Application for Post Conviction Restraining Order submitted on August 12, 2026 (currently under seal at Dkt. 687).

DATED: 8/13/2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
DAVID B. COUNTRYMAN
Assistant United States Attorney

**~~[PROPOSED]~~ ORDER**

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the documents described above in the above-captioned matter shall be unsealed and served in the manner described above.

IT IS SO ORDERED.

DATED: August 14, 2026

HON. CHARLES R. BREYER
United States Magistrate Judge